UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Isabel C. Balboa, Esquire (IB 4082)**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey 08002**
**(856) 663-5002**

In Re:

Dennis & Tracey Horowitz

Debtor'(s)

Case No.   18-30007 (ABA)

Judge:   Andrew B. Altenburg, Jr.

**STIPULATION ADJUSTING TRUSTEE PAYMENTS**

**WHEREAS**, a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated and good cause having been shown, and

**WHEREAS**, the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation;

**NOW THEREFORE**, the Trustee and counsel for Debtor hereby agree as follow:

1.   Debtor's case be and is hereby allowed to continue at $6,480.00 total receipts applied to plan, then $557.00 per month for the remaining thirty-six (36) months commencing November 1, 2019, for a total of ~~sixty (60) months~~ forty-eight (48) months. *[handwritten: SDH]*

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on December 12, 2018 remain in effect.

_____
S. Daniel Hutchison, Esquire
Attorney for Debtor

Dated: 10/23/19

_____
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated: 10/24/19