Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.: 18−30007−ABA
                    Chapter: 13
                    Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Dennis C. Horowitz
   aka Dennis Horowitz, aka Dennis Carl
   Horowitz
   12 Mill Court
   Sicklerville, NJ 08081

   Tracey L. Horowitz
   aka Tracey Horowitz, aka Tracey L.
   Shivers, aka Tracey Lynn Horowitz
   12 Mill Court
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−1159                                     xxx−xx−8716

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                October 26, 2021
Time:               10:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*35* − Certification in Opposition to (related document:34 Creditor's Certification of Default (related document:24 Motion for Relief from Stay re: 12 Mill Court, Sicklerville, NJ, 08081. Fee Amount $ 181. filed by Creditor LAKEVIEW LOAN SERVICING, LLC, 26 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of LAKEVIEW LOAN SERVICING, LLC. Objection deadline is 10/14/2021. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor LAKEVIEW LOAN SERVICING, LLC) filed by S. Daniel Hutchison on behalf of Dennis C. Horowitz, Tracey L. Horowitz. (Hutchison, S.)

and transact such other business as may properly come before the meeting.


Dated: October 4, 2021
JAN: kaj

                                                                            Jeanne Naughton
                                                                             Clerk