Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  18−30007−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Dennis C. Horowitz
aka Dennis Horowitz, aka Dennis Carl Horowitz
12 Mill Court
Sicklerville, NJ 08081

Tracey L. Horowitz
aka Tracey Horowitz, aka Tracey L. Shivers, aka Tracey Lynn Horowitz
12 Mill Court
Sicklerville, NJ 08081

Social Security No.:
xxx−xx−1159

xxx−xx−8716

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:            October 26, 2021
Time:               10:00 AM
Location:      Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*35* − Certification in Opposition to (related document:34 Creditor's Certification of Default (related document:24 Motion for Relief from Stay re: 12 Mill Court, Sicklerville, NJ, 08081. Fee Amount $ 181. filed by Creditor LAKEVIEW LOAN SERVICING, LLC, 26 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of LAKEVIEW LOAN SERVICING, LLC. Objection deadline is 10/14/2021. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor LAKEVIEW LOAN SERVICING, LLC) filed by S. Daniel Hutchison on behalf of Dennis C. Horowitz, Tracey L. Horowitz. (Hutchison, S.)

and transact such other business as may properly come before the meeting.


Dated: October 4, 2021
JAN: kaj

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Dennis C. Horowitz  
Tracey L. Horowitz  
    Debtors

Case No. 18-30007-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 04, 2021 | Form ID: 173 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2021:**

**Recip ID**    **Recipient Name and Address**  
db/jdb    + Dennis C. Horowitz, Tracey L. Horowitz, 12 Mill Court, Sicklerville, NJ 08081-2120

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2021        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2021 at the address(es) listed below:

**Name**    **Email Address**

Denise E. Carlon  
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa  
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa  
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Kevin Gordon McDonald  
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Phillip Andrew Raymond  
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

S. Daniel Hutchison

Case 18-30007-ABA    Doc 38    Filed 10/06/21    Entered 10/07/21 00:10:30    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-1 | User: admin | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Oct 04, 2021 | Form ID: 173 | Total Noticed: 1 |

| | |
| --- | --- |
| | on behalf of Debtor Dennis C. Horowitz sdhteamlaw@outlook.com backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com |
| S. Daniel Hutchison | |
| | on behalf of Joint Debtor Tracey L. Horowitz sdhteamlaw@outlook.com backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8