| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Lakeview Loan Servicing, LLC | **Order Filed on October 20, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>    Dennis C. Horowitz<br>    Tracey L. Horowitz<br><br>Debtors | Case No.: 18-30007 ABA<br><br>Adv. No.:<br><br>Hearing Date: 10/26/2021 @ 10:00 a.m..<br><br>Judge: Andrew B. Altenburg, Jr. |

# ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT

    The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: October 20, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors:   Dennis C. Horowtiz, Tracey L. Horowitz
Case No:  18-30007 ABA
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING CERTIFICATION OF DEFAULT

___

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Lakeview Loan Servicing, LLC, Denise Carlon appearing, upon a certification of default as to real property located at 12 Mill Court, Sicklerville, NJ, 08081, and it appearing that notice of said certification was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Daniel S. Hutchison, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of October 7, 2021, Debtor is due for the July 2021 through October 2021  post-petition payment for a total default of $5,966.06 ( 4 @ $1,658.15, $666.54 less suspense); and

It is **ORDERED, ADJUDGED and DECREED** that Debtor shall make an immediate payment of $1,700.00; and

It is **ORDERED, ADJUDGED and DECREED** that Debtor shall make an immediate payment of $1,700.00 by October 15, 2021; and

It is **ORDERED, ADJUDGED and DECREED** that Debtor shall make an immediate payment of $1,700.00 by October 30, 2021; and

It is **ORDERED, ADJUDGED and DECREED** that Debtor shall make an immediate payment of $2,524.21 for the November 2021 payment and the remainder of the arrears; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume December 1, 2021, directly to Secured Creditor's servicer, M&T Bank, P.O. Box 1288, Buffalo, NY 14240 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

**(Page 3)**
Debtors:   Dennis C. Horowtiz, Tracey L. Horowitz
Case No:  18-30007 ABA
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING CERTIFICATION OF DEFAULT
_____

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs up to the sum of $350.00 for attorneys' fees in an amount to be included in a post-petition fee notice, which is to be paid through Debtor's Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Certification of Default is hereby resolved.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-30007-ABA
Dennis C. Horowitz  Chapter 13
Tracey L. Horowitz
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2
Date Rcvd: Oct 20, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dennis C. Horowitz, Tracey L. Horowitz, 12 Mill Court, Sicklerville, NJ 08081-2120 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Phillip Andrew Raymond | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| S. Daniel Hutchison | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 20, 2021 | Form ID: pdf903 | Total Noticed: 1 |

S. Daniel Hutchison

    on behalf of Debtor Dennis C. Horowitz sdhteamlaw@outlook.com
    backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com

    on behalf of Joint Debtor Tracey L. Horowitz sdhteamlaw@outlook.com
    backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8