Printed on: 12/31/2021
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021
**Case Number: 18-30007 (ABA)**

Dennis C. Horowitz and Tracey L. Horowitz
12 Mill Court
Sicklerville, NJ  08081

Monthly Payment: $606.00
Payments / Month: 1
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/04/2021 | $571.00 | 02/02/2021 | $571.00 | 03/02/2021 | $571.00 | 04/05/2021 | $571.00 |
| 05/03/2021 | $571.00 | 06/02/2021 | $571.00 | 07/02/2021 | $571.00 | 08/03/2021 | $571.00 |
| 09/02/2021 | $571.00 | 10/04/2021 | $571.00 | 11/01/2021 | $606.00 | 12/02/2021 | $606.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | DENNIS C. HOROWITZ | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | S. DANIEL HUTCHISON, ESQUIRE | 13 | $4,093.00 | $4,093.00 | $0.00 | $0.00 |
| 0 | S. DANIEL HUTCHISON, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $400.00 |
| 0 | S. DANIEL HUTCHISON, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 1 | CAPITAL ONE BANK USA, N.A. | 33 | $5,944.01 | $0.00 | $5,944.01 | $0.00 |
| 2 | JPMORGAN CHASE BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CITIBANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | QUANTUM3 GROUP, LLC | 33 | $141.07 | $0.00 | $141.07 | $0.00 |
| 5 | FINANCIAL RECOVERIES, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CREDIT FIRST, N.A. | 33 | $1,381.67 | $0.00 | $1,381.67 | $0.00 |
| 7 | DEPARTMENT OF THE TREASURY | 33 | $621.33 | $0.00 | $621.33 | $0.00 |
| 8 | JEFFERSON HEALTH - NEW JERSEY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | KAREN HOROWITZ | 15 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | KAREN NIELSON | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | LAKEVIEW LOAN SERVICING, LLC | 24 | $8,754.00 | $8,754.00 | $0.00 | $5,884.86 |
| 12 | MARCUS BY GOLDMAN SACHS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | PROSPER MARKETPLACE, INC. | 33 | $10,370.16 | $0.00 | $10,370.16 | $0.00 |
| 14 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | TRACTO SUPPLY CO/CBCD/CITICORP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | USAA FEDERAL SAVINGS BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | S. Daniel Hutchison | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | TRACEY L. HOROWITZ | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | DEPARTMENT OF THE TREASURY | 28 | $6,304.17 | $4,529.75 | $1,774.42 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 25 | CAPITAL ONE BANK USA, N.A. | 33 | $3,748.89 | $0.00 | $3,748.89 | $0.00 |
| 26 | CAPITAL ONE BANK USA, N.A. | 33 | $2,977.77 | $0.00 | $2,977.77 | $0.00 |
| 27 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | LAKEVIEW LOAN SERVICING, LLC | 13 | $531.00 | $531.00 | $0.00 | $0.00 |
| 29 | LAKEVIEW LOAN SERVICING, LLC | 13 | $350.00 | $350.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 11/01/2018 | 11.00 | $0.00 |
| 10/01/2019 | Paid to Date | $6,480.00 |
| 11/01/2019 | 3.00 | $557.00 |
| 02/01/2020 | 20.00 | $571.00 |
| 10/01/2021 | 13.00 | $606.00 |
| 11/01/2022 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $6,922.00 |
| Total paid to creditors this period: | $6,284.86 |
| Undistributed Funds on Hand: | $555.10 |
| Arrearages: | $35.00 |
| Attorney: | S. DANIEL HUTCHISON, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**