Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.:  18−30007−ABA
                        Chapter:  13
                        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Dennis C. Horowitz<br>aka Dennis Horowitz, aka Dennis Carl Horowitz<br>12 Mill Court<br>Sicklerville, NJ 08081 | Tracey L. Horowitz<br>aka Tracey Horowitz, aka Tracey L. Shivers, aka Tracey Lynn Horowitz<br>12 Mill Court<br>Sicklerville, NJ 08081 |

Social Security No.:
  xxx−xx−1159                                       xxx−xx−8716

Employer's Tax I.D. No.:

## FINAL DECREE

      The estate of the above named debtor(s) has been fully administered.

      If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

      ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>January 12, 2023</u>                      <u>Andrew B. Altenburg Jr.</u>
                                                     Judge, United States Bankruptcy Court